UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRANK KUNKLE,                                          Case No. 1:23-cv-08528-LJL

                Plaintiff,

    -against-                                      **MOTION FOR**
                                                                           **DEFAULT JUDGMENT**

L & M FOOTWARE, INC.,

                Defendant.
------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that the undersigned attorneys for plaintiff, FRANK KUNKLE (the "Plaintiff") hereby moves, at a date and time to be set by the Court, before the Honorable Judge Lewis J. Liman, at the courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for an Order granting Plaintiff's Motion for Default Judgment.

    **PLEASE TAKE FURTHER NOTICE**, that Plaintiff shall rely upon the accompanying Affirmation in Support of the Motion, and the accompanying Exhibits.

Dated:  Jerich, New York
           April 3, 2024

                                                            Respectfully submitted,

                                                              */s/ Noor A. Saab*
                                                             _____
                                                             Noor A. Saab, Esq.
                                                             The Law Office of Noor A. Saab
                                                             *Attorney for Plaintiff*
                                                             380 North Broadway, Penthouse West
                                                             Jericho, New York 11753
                                                             Email: NoorASaabLaw@Gmail.com

To:    L & M Footwear, Inc.
        5303 East Washington Boulevard
        Commerce, CA 90040