UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
FRANK KUNKLE,                                                           :
:
                              Plaintiff,                                :
:
              -v-                                                       :
:
L & M FOOTWARE, INC.,                                                   :
:
                              Defendant.                                :
:
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/8/2024___

23-cv-8528 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

     The initial pretrial conference scheduled for April 8, 2024 is hereby CANCELLED.  The Court shall hold a telephonic default judgment hearing on May 15, 2024 at 12:00 P.M.  Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

     Defendant shall have until April 29, 2024 to oppose or otherwise respond to Plaintiff's motion for default judgment.  Plaintiff is directed to serve a copy of this Order on Defendant by personal service and to file a proof of service on the docket.  *See* Hon. Lewis J. Liman, Individual Practices in Civil Cases, Attachment A.

     SO ORDERED.

Dated: April 8, 2024
     New York, New York                    _____
                                     LEWIS J. LIMAN
                            United States District Judge